UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GARY McNAIR,

    Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE, dba PACIFIC NORTHWEST NATIONAL LABORATORY,

    Defendant.

NO. CV-10-5147-RHW

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL**

Before the Court is the parties' Stipulated Motion for Order of Dismissal (ECF No. 44). The motion was heard without oral argument.

The parties ask the Court to dismiss the above-captioned case with prejudice and without attorneys fees and costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal (ECF No. 44) is **GRANTED**.

///
///
///
///
///
///

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL ~ 1**

2. The above-captioned case is **dismissed** with prejudice and without attorneys fees and costs

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **close the file**.

**DATED** this 30th day of September, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\McNair\dismiss.wpd

**ORDER GRANTING STIPULATED
MOTION FOR ORDER OF DISMISSAL ~ 2**